GARY R WOODRUFF | Report number    60-34 | January 31, 2019 | Print | Close window

## Print your report

Below is all the information currently in your credit report. The payment history guide and common questions will help explain your credit information. Print this page or write down your report number for future access. To return to your report in the future, log on to experian.com/help and select "Credit Access" or "Disputes" and then follow the steps.

To dispute information, first select the item from the list below, click the Dispute button and then the dispute reason that most closely explains the reason you feel the item is inaccurate, or select "Other" and type in your own explanation. You can also enter any additional information to further explain your dispute by using the free form text box and/or send us any documents you may have that support your claim at experian.com/upload. Your requests, including both disputes and any statements you may elect to add to your credit report to explain information, will be stored in a virtual cart as you continue your session. When finished selecting your disputes or other requests, you will need to access the dispute cart, where you will be given a chance to review all of your requests before they are submitted. Depending on the nature of your requests, you may be prompted for alternative actions, such as selecting a different dispute reason for a particular dispute. You may cancel or edit your requests at any time up until the time they are submitted. Once your requests are successfully submitted, you will receive a green confirmation message for each item.

**1 855 246 9409**
Contact us by phone - Monday through Friday, 8 a.m. to 10 p.m Central Time and Saturday and Sunday, 10 a.m. to 7 p.m. Central Time.

**Address**
Experian
P.O. Box 9701 Allen, TX 75013

Any pending disputes will be highlighted below.

### Personal Information

Name(s) associated with your credit

| Name | Name identification number |
|---|---|
| GARY R WOODRUFF | 35 |

Address(es) associated with your credit

| Address | Address identification number | Residence type | Geographical code |
|---|---|---|---|

Other personal information associated with your credit

Year of birth

Spouse or co-applicant

Telephone number(s)

Current or former employer(s)    Address

Your personal statements

EXHIBIT A

| Account name<br>MED-1 SOLUTIONS | Account number<br>2975 | Recent balance<br>$175 as of<br>01/28/2019 | Date opened<br>01/2015 | Status<br>Collection account.<br>$175 past due as of<br>Jan 2019. |
|---|---|---|---|---|
| 517 US HIGHWAY 31 N<br>GREENWOOD, IN 46142<br>888 323 0811<br>**Address identification number**<br>0098296898<br>**Original creditor**<br>ST VINCENT HOSPITAL HEALTH C | Type<br>Collection<br>Terms<br>1 Months<br>On record until<br>Mar 2021 | Credit limit or origi-<br>nal amount<br>$175<br>High balance<br>$0<br>Monthly payment<br>$0<br>Recent payment<br>amount<br>$0 | Date of status<br>07/2015<br>First reported<br>07/2015<br>Responsibility<br>Individual | |

**Account history**

| 2019 | 2018 | | | | | | | | | | | 2017 | | | | | | | | | | | 2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec |
| C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C |

|  |  |  |  |  |  |  |  |  |  | 2015 |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul |
| C | C | C | ND | C | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | C |

Collection as of Sep 2016 to Jan 2019, Jul 2016, Jul 2015

**Balance history**

The following data will appear in the following format:
Date: account balance / date payment received / scheduled payment amount / actual amount paid
Dec 2018: $175 / No data / No data / No data
Nov 2018: $175 / No data / No data / No data
Oct 2018: $175 / No data / No data / No data
Sep 2018: $175 / No data / No data / No data
Aug 2018: $175 / No data / No data / No data
Jul 2018: $175 / No data / No data / No data
Jun 2018: $175 / No data / No data / No data
May 2018: $175 / No data / No data / No data
Apr 2018: $175 / No data / No data / No data
Mar 2018: $175 / No data / No data / No data
Feb 2018: $175 / No data / No data / No data
Jan 2018: $175 / No data / No data / No data
Dec 2017: $175 / No data / No data / No data
Nov 2017: $175 / No data / No data / No data
Oct 2017: $175 / No data / No data / No data
Sep 2017: $175 / No data / No data / No data
Aug 2017: $175 / No data / No data / No data
Jul 2017: $175 / No data / No data / No data
Jun 2017: $175 / No data / No data / No data
May 2017: $175 / No data / No data / No data
Apr 2017: $175 / No data / No data / No data
Mar 2017: $175 / No data / No data / No data
Feb 2017: $175 / No data / No data / No data
Jan 2017: $175 / No data / No data / No data
The original amount of this account was $175

| Account name<br>MED-1 SOLUTIONS | Account number<br>1802 | Recent balance<br>$576 as of<br>01/28/2019 | Date opened<br>10/2014 | Status<br>Collection account.<br>$576 past due as of<br>Jan 2019. |
|---|---|---|---|---|
| 517 US HIGHWAY 31 N<br>GREENWOOD, IN 46142<br>888 323 0811<br>**Address identification number**<br>0098296898<br>**Original creditor**<br>WESTVIEW HOSPITAL | Type<br>Collection<br>Terms<br>1 Months<br>On record until<br>Oct 2020 | Credit limit or origi-<br>nal amount<br>$576<br>High balance<br>$0<br>Monthly payment<br>$0<br>Recent payment<br>amount<br>$0 | Date of status<br>04/2015<br>First reported<br>04/2015<br>Responsibility<br>Individual | |

## Account history

| 2019 Jan | 2018 Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | 2017 Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | 2016 Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C |

| Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | 2015 Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C | C | C | ND | C | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | C |

Collection as of Sep 2016 to Jan 2019, Jul 2016, Apr 2015

### Balance history

The following data will appear in the following format:
Date: account balance / date payment received / scheduled payment amount / actual amount paid
Dec 2018: $576 / No data / No data / No data
Nov 2018: $576 / No data / No data / No data
Oct 2018: $576 / No data / No data / No data
Sep 2018: $576 / No data / No data / No data
Aug 2018: $576 / No data / No data / No data
Jul 2018: $576 / No data / No data / No data
Jun 2018: $576 / No data / No data / No data
May 2018: $576 / No data / No data / No data
Apr 2018: $576 / No data / No data / No data
Mar 2018: $576 / No data / No data / No data
Feb 2018: $576 / No data / No data / No data
Jan 2018: $576 / No data / No data / No data
Dec 2017: $576 / No data / No data / No data
Nov 2017: $576 / No data / No data / No data
Oct 2017: $576 / No data / No data / No data
Sep 2017: $576 / No data / No data / No data
Aug 2017: $576 / No data / No data / No data
Jul 2017: $576 / No data / No data / No data
Jun 2017: $576 / No data / No data / No data
May 2017: $576 / No data / No data / No data
Apr 2017: $576 / No data / No data / No data
Mar 2017: $576 / No data / No data / No data
Feb 2017: $576 / No data / No data / No data
Jan 2017: $576 / No data / No data / No data
The original amount of this account was $576

---

| Account name | Account number | Recent balance | Date opened | Status |
|---|---|---|---|---|
| MED-1 SOLUTIONS | 8549 | $2,030 as of 01/28/2019 | 12/2014 | Collection account. $2,030 past due as of Jan 2019. |

517 US HIGHWAY 31 N
GREENWOOD, IN 46142
888 323 0811

**Address identification number**
0098296898

**Original creditor**
ST VINCENT HOSPITAL HEALTH C

**Type** Collection
**Terms** 1 Months
**On record until** Mar 2021

**Credit limit or original amount** $2,030
**High balance** $0
**Monthly payment** $0
**Recent payment amount** $0

**Date of status** 02/2015
**First reported** 02/2015
**Responsibility** Individual

### Account history

| 2019 Jan | 2018 Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | 2017 Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | 2016 Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C |

| Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | 2015 Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C | C | C | ND | C | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | C |

Collection as of Sep 2016 to Jan 2019, Jul 2016, Feb 2015

### Balance history

The following data will appear in the following format:
Date: account balance / date payment received / scheduled payment amount / actual amount paid
Dec 2018: $2,030 / No data / No data / No data
Nov 2018: $2,030 / No data / No data / No data
Oct 2018: $2,030 / No data / No data / No data
Sep 2018: $2,030 / No data / No data / No data
Aug 2018: $2,030 / No data / No data / No data
Jul 2018: $2,030 / No data / No data / No data
Jun 2018: $2,030 / No data / No data / No data
May 2018: $2,030 / No data / No data / No data
Apr 2018: $2,030 / No data / No data / No data