UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Case No.: 1:19-cv-0607-TWP-DML

Gary Woodruff,

   Plaintiff,

v.

Med-1 Solutions, LLC,

   Defendant.

## PLAINTIFF'S ACCEPTANCE OF OFFER OF JUDGMENT

Comes now the Plaintiff, in person and by counsel, and hereby files this Acceptance of Offer of Judgment in the above-captioned action and, in support thereof, would show the Court the following:

1. On March 13, 2019, the Defendant's legal counsel sent an Offer of Judgment in the above-captioned action to the Plaintiff's legal counsel.

2. The Plaintiff accepts the Defendant's Offer of Judgment. *See Exhibit "A" attached hereto.*

WHEREFORE, the Plaintiff respectfully requests that the Court take notice of the Plaintiff's acceptance of the offer of judgment in this matter and grant him all other just and proper relief.

I affirm under penalty of perjury that the foregoing representations are true and correct.

                _/s/ Gary Woodruff_
                Gary Woodruff

Respectfully submitted,

_____
John T. Steinkamp, #19891-49
Attorney for Plaintiff
5214 S. East Street, #D-1
Indianapolis, IN 46227
(317) 255-2600
john@sawinlaw.com

**Certificate of Service**

The undersigned attorney hereby certifies that a copy of the foregoing document was served on the following by e-mail and via U.S. Mail, first class postage paid and/or via ECF on March 26, 2019.

Nicholas Moline
Counsel for Defendant
Nicholas.Moline@med1solutions.com

    Respectfully submitted,

    /s/ John T. Steinkamp
    John T. Steinkamp
    Sawin, Shea & Steinkamp, LLC
    5214 S. East Street, Suite D1
    Indianapolis, IN 46227
    Office: (317) 255-2600
    Fax: (317) 255-2905
    john@sawinlaw.com