UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GARY WOODRUFF, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:19-cv-00607-TWP-DML |
| MED-1 SOLUTIONS, LLC., | ) ) ) |
| Defendant. | ) |

**ENTRY REGARDING OFFER OF JUDGMENT**

Defendant MED-1 Solutions, LLC has made an offer of judgment in this case pursuant to Federal Rule of Civil Procedure 68 and the Plaintiff has accepted it. The Plaintiff has filed both the offer and the notice of acceptance as required by Rule 68(a). Accordingly, the clerk is directed to enter judgment in favor of the Plaintiff and against Defendant MED-1 Solutions, LLC in the amount of $1,050.00.

Because the offer of judgment includes an award of costs and reasonable attorney's fees to be determined by the Court, pursuant to Local Rule 54-1 the Plaintiff shall file, **within 14 days of the date of this Entry**, a bill of costs and a motion for assessment of attorney's fees along with the documentation necessary to establish the reasonableness of the amount sought. That motion shall be briefed pursuant to Local Rule 7-1. Alternatively, and preferably, the parties may agree to the amount of attorney's fees and costs to be awarded and file a notice of their agreement.

IT IS SO ORDERED.

Date: 3/29/2019

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Nicholas Moline
MED-1 SOLUTIONS, LLC
nicholas.moline@med1solutions.com

John Thomas Steinkamp
SAWIN, SHEA & STEINKAMP, LLC
john@sawinlaw.com