UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GARY WOODRUFF, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:19-cv-00607-TWP-DML |
| MED-1 SOLUTIONS, LLC., | ) ) ) |
| Defendant. | ) |

## JUDGMENT

Pursuant to the offer of judgment made by Defendant MED-1 Solutions, LLC and accepted by the Plaintiff, judgment is hereby **ENTERED** in favor of the Plaintiff and against Defendant MED-1 Solutions, LLC in the amount of $1,050.00.

SO ORDERED:

Dated: 3/29/2019

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

By: Deputy Clerk

Distribution:

Nicholas Moline
MED-1 SOLUTIONS, LLC
nicholas.moline@med1solutions.com

John Thomas Steinkamp
SAWIN, SHEA & STEINKAMP, LLC
john@sawinlaw.com